COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Mohammed Omar Ali v. The State of Texas

Appellate case numbers:     01-21-00604-CR, 01-21-00605-CR, 01-21-00607-CR

Trial court case numbers:   20-DCR-090152, 20-DCR-090153, 20-DCR-090150A

Trial court:                400th District Court of Fort Bend County

John Floyd, counsel for appellant, Mohammed Omar Ali, has filed a "Motion for Leave to Withdraw (Substitution of Counsel)." According to the motion, Mr. Floyd was appointed to represent appellant by the trial court. However, Mr. Floyd filed a motion with the trial court seeking to withdraw as appellant's counsel on appeal. The trial court granted Mr. Floyd's motion to withdraw and appointed Mandy Miller to represent appellant on appeal. On January 28, 2022, Ms. Miller filed a Notice of Appearance and Designation of New Counsel with this Court.

Accordingly, the motion requests that John Floyd be allowed to withdraw from representation of appellant on appeal, and that Mandy Miller be substituted as appellant's counsel on appeal. *See* TEX. R. APP. P. 6.5(d).

The motion does not state that appellant conferred with the State regarding the requested relief. However, more than ten days have passed, and the State has not opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**. *See* TEX. R. APP. P. 6.5(d).

The Clerk of this Court is directed to note the withdrawal of John Floyd as counsel for appellant and substitute Mandy Miller as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___February 8, 2022___